IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G.B.,              Plaintiff, <br><br> v. <br><br> JADE NAILS HAIR SPA, *et al.,*              Defendants. | Civil No. 5:19-cv-06093-JMG |

**ORDER**

**AND NOW** on this 15th day of March, 2021, upon consideration of Defendant Larken Associates' motion to dismiss (ECF No. 12), and Plaintiff G.B.'s response in opposition (ECF No. 16), it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. Count 8 of Plaintiff's Complaint (18 PA. CONS. STAT. § 3051(a)(2)(i)) is **DISMISSED without prejudice**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLGHER
United States District Court Judge