IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.B., | : | |
|         Plaintiff, | : | |
| | : | |
|     v. | : | Civil No. 5:19-cv-06093-JMG |
| | : | |
| JADE NAILS HAIR SPA, *et al.*, | : | |
|         Defendants. | : | |

**ORDER**

**AND NOW**, this 13th day of September, 2021, after careful consideration of Plaintiff G.B.'s Motion for Default Judgment (ECF No. 22), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion (ECF No. 22) is **CONDITIONALLY GRANTED in part**, pending a hearing at which Plaintiff will be required to establish damages and present medical evidence in support of her intentional infliction of emotional distress claim;

2. Plaintiff's claims for negligent hiring (Count IV), vicarious liability (Count VI), and sex trade liability (Count VII) are **DISMISSED with prejudice;**

3. A damages and evidentiary hearing is scheduled before the Honorable John M. Gallagher for **November 30, 2021, at 9:30 a.m.**, at the Edward N. Cahn Courthouse and Federal Building, Fourth Floor, Courtroom B, 504 Hamilton Street, Allentown, Pennsylvania 18101. Plaintiff, representatives for the Defendants, and all counsel **SHALL** attend the hearing;

4. Plaintiff **SHALL** personally serve copies of this Order and accompanying Memorandum Opinion on Defendants at least one week prior to the hearing and file proof of service with the Court;

2

5. Plaintiff **SHALL** be prepared to offer testimony and/or evidence to support damages;

6. Plaintiff **SHALL** be prepared to offer competent medical evidence to support her intentional infliction of emotional distress claim. *See, e.g.*, *A.C. v. Scranton Sch. Dist.*, 191 F. Supp. 3d 375, 392 (M.D. Pa. 2016) ("Pennsylvania requires that competent medical evidence support a claim of alleged intentional infliction of emotional distress." (internal quotation marks and citation omitted)).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge