IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.B., | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:19-cv-06093-JMG |
| | : | |
| JADE NAILS HAIR SPA, *et al.,* | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 12th day of September, 2023, upon consideration of the facts in Plaintiff's complaint accepted as true (ECF No. 1), Plaintiff's written explanation of damages and additional explanation of damages (ECF No. 38), the evidence provided at the damages hearing (ECF No. 39), and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion for Default Judgement as to Plaintiff's Intentional Infliction of Emotional Distress claim (ECF No. 22) is **DENIED.**

2. Plaintiff is awarded $600,000.00 in damages to be allocated as follows:

    a. $150,000.00 in compensatory damages against Defendants Nhin and Jade Nails to be jointly and severally liable.

    b. $225,000.00 in punitive damages against Defendant Nhin.

    c. $255,000.00 in punitive damages against Defendant Jade Nails.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge